**Opinion issued July 28, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00462-CV

————————————

**POST OAK LANE TOWNHOME OWNERS ASSOCIATION, Appellant**

**V.**

**THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS SERIES 2003-BC1 AND WADE RINER, INDIVIDUALLY, Appellees**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-00567**

---

## MEMORANDUM OPINION

Appellant, Post Oak Lane Townhome Owners Association, has filed a motion to dismiss its appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No

opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Massengale.